FILED

1  AASIM SHAH

2  P.O. BOX 561293

3

4  LOS ANGELES, CA 90056

5  310 − 712 - 5449

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2012 JUL -6  AM 7: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

LODGED

12 JUN 26  PM 3: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

11  AASIM SHAH,                              )    Case N**CV12-5566**-SJO(JC)
                                            )
12              Plaintiff,                   )    **COMPLAINT FOR:**
                                            )
13      VS.                                  )    FAIR DEBT COLLECTION
                                            )
14                                           )
15  CAPITAL ONE BANK USA NA                 )    PRACTICES ACT
                                            )
16  CAPITAL ONE SERVICES, INC.             )
17                                           )    FAIR CREDIT REPORTING ACT
                                            )
18                                           )
19                                           )
20                                           )    **Jury Trial Demanded:** Yes
                                            )
21  **DEFENDANT(S).**                        )
22                                           )

23                    **I. JURISDICTION**

24      1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C.

25

26  sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

27

28

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Aasim Shah. Plaintiff resided at: 3200 Santa Monica Blvd. #208 Santa Monica, California 90404. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3).

4. Defendant: CAPITAL ONE BANK USA NA. is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6). CAPITAL ONE BANK USA NA. is a corporation operating business out of the STATE of UTAH.

5. Defendant: CAPITAL ONE SERVICES, INC. is a debt collector within the meaning of 15 U.S.C. sec 1692 a (6). CAPITAL ONE SERVICES,INC. is a Delaware corporation operating out of the STATE of VIRGINIA.

# IV. STATEMENT OF FACTS

6. Comes now Aasim Shah who does hereby file this complaint for damages of 15 U.S.C. sec. 1692 et. Seq., 15 U.S.C. sec. 1681 b based upon defendant(s) violations of the Fair Debt Collection Practices Act and Fair Credit Reporting Act, Rosenthal Act.

7. In 2010, Plaintiff obtained a credit card from Defendant Capital One bank with a credit line of $750.00 dollars. The card acct. # 51780572**** was the only Capital One Bank acct. that Plaintiff has ever had. The Capital One Bank acct.# 51780572**** was closed within a few months when Defendant Capital One Bank refused to abide by the Fair Credit Billing Act in reversing illegitimate charges. The acct.# 51780572**** was closed about the same time the acct. 51780572**** was charged off.  *Ex. 1, 3,4, 5*

8. At the time the acct. 51780572 was closed/charged off, there was a disputed balance of 1,401.00. *Ex.1* About the same time the account 51780572**** was closed. Defendant(s) Capital One Bank, and Capital One Services began reporting false information about the account to the credit reporting agencies, TRANSUNION, EXPERIAN, EQUIFAX, of amount $1,973.00 *Ex. 1, 4,5* and continued to do so despite Plaintiff disputes about the account through the credit reporting agencies.

3

12. On May 1, and June 1, 2012 Defendant Capital One Bank USA NA ,

initiated a soft pull of plaintiff consumer credit report concerning plaintiff from

transunion without permissible purposes thereby reducing his credit score.

Capital One Bank USA NA initiated a hard pull of plaintiff EXPERIAN,

EQUIFAX consumer report without validation of the debt, permissible purpose

Or contract bearing signature between defendant(s) and Plaintiff.

13. On May 1, and June 1, 2012 Defendant CAPITAL ONE SERVICES,

INC. initiated hard pull of Plaintiff consumer credit report concerning Plaintiff

from Transunion, Experian, Equifax, without validation of the debt, permissible

Purposes or contract bearing signature between defendant(s) and Plaintiff .

14. Defendant(s) continuously under false pretense willful and

knowingly attempt to obtain information to collect alleged debt constitutes

harassment  sec. 617 of the FCRA

15. On May 06, 2012 Plaintiff in a good faith effort to allow defendant

Capital One Bank, and CAPITAL ONE SERVICES, ample opportunity to

validate alleged debt. Plaintiff sent a second lettered validation request

via certified mail upon 10 day notice response, defendant again has failed to

respond to 10 day notice.

# V.  CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** CAPITAL ONE BANK, CAPITAL

ONE SERVICES, INC.

16. Plaintiff re-alleges and incorporates paragraphs 6-15. Plaintiff is a

Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3)

Defendant(s) are debt collectors within the meaning of FDCPA 15 U.S.C. sec

1692a(6).  Defendant(s) violated15 sec.1692 e (2) by falsely representing the

character, amount, or legal status of any debt. Defendant(s) violated 15 sec.

1692 e (8) by communicating or threatening to communicate to any person

credit information which is known or which should be known to be false

including the failure to communicate that a disputed debt is disputed.

17. Plaintiff re-alleges and incorporates paragraph 6-15. Based on the

foregoing consumer credit reports. The Defendant(s) violated 15 U.S.C. sec.

1692e(10) by the use of any false representation or deceptive means to collect or

attempt to collect any debt or to obtain information concerning consumer.

Defendant(s) violated 15 U.S.C. sec. 1692 e(11) by the failure to disclose in the

Initial written communication with the consumer that the debt collector is

attempting to collect a debt and that any information obtained will be used for

that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector.

18. Plaintiff re-alleges and incorporates paragraph 6-15. Defendant(s) violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. sec. 1681 b

### Willful non-compliance

**As against Defendant(s):** CAPITAL ONE BANK USA NA.

CAPITAL ONE SERVICES, INC.

19. Plaintiff re-alleges and incorporates paragraph 6-15. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). Defendant(s) is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

20.Plaintiff re-alleges and incorporates paragraph 6-15. Defendant(s) willfully Violated 15 U.S.C. sec. 1681s-2(a)(3) by, if the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a consumer, failing to furnish the information to any

consumer reporting agency without notice that such information is disputed by the consumer.

21. Plaintiff re-alleges and incorporates paragraph 6-15. Defendant(s) willfully violated 15 U.S.C. sec. 1681s-2(b)(1)(A) by after receiving notice pursuant to sec 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, negligently failing to conduct an investigation with respect to the disputed information.

22. Plaintiff re-alleges and incorporates paragraph 6-15. Based on the foregoing consumer credit reports. Defendant(s) willfully violated the FCRA 15 U.S.C. sec. 1681s-2(b)(C) by, after receiving notice pursuant to sec. 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to direct such consumer reporting agencies to delete inaccurate information about the Plaintiff pertaining to the account.

23. Defendant(s) violations include, but are not limited to the following: willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

# THIRD CAUSE OF ACTION

Violation of FCRA 15 U.S.C.  sec. 1681 b Negligent non-compliance

## (As against Defendant(s): CAPITAL ONE BANK USA NA,

## CAPITAL ONE SERVICES, INC.

24. Plaintiff re-alleges and incorporates paragraph 6 -15. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). Defendants is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2.

25. Plaintiff re-alleges and incorporates paragraph 6-15. Defendant(s) negligently violated 15 U.S.C. sec. 1681s-2(b)(C) by, after receiving notice pursuant to 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to direct such consumer reporting agencies to delete inaccurate information about the plaintiff pertaining to the account.

26. Plaintiff re-alleges and incorporates paragraph 6-15. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

# V.   REQUEST FOR RELIEF

27. That this court grant judgement against defendant(s) for first claim relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

28. That this court grants judgement against Defendant(s) for: second claim for relief  1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b  $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

29. That this court grants judgment against Defendant(s) for: Third claim for relief  1.) Actual damages to be determined by jury  2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o  $1,000.00 3.) court fees and cost.  4.) Any relief as court sees fit.

Date: 6/25/12

Sign: Cassim Shah

Print Name: Qasim Shah

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 6/25/12

Sign: Cassim Shah

Print Name: Qasim Shah

11



Aasim Shah
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

Date: 4/5/2012

CAPITAL ONE BANK USA N A
P.O. BOX 30281
SALT LAKE CITY, UT 84130

RE: Acct No. 51780572****

To Whom It May Concern:

I am formally requesting that you validate all tradeline notations you have submitted to TransUnion, Experian, and Equifax for AASIM SHAH, account number [51780572****].

Due to possible inaccuracies in these CRA reports, I must demand that the validation I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. 1) Identify the card holder agreement(s) that applied to the class of accounts that included the defendant's account. 2) Assembling the entire set of agreements that applied to the defendants account during the time period that it was open. 3) Identify the additional documents specifying the interest rate and fees terms applicable to the account. 4) Prove that the alleged agreements were actually offered to the defendant. Please be advised that I am not requesting a verification that you have my mailing address; rather, I am requesting validation, i.e., competent evidence that I had some contractual obligation sans consumer protection encumbrance which incurred the original claims associated with this tradeline. Note that section 1681s-2(b) of the Fair Credit Reporting Act creates a cause of action for a consumer against a furnisher of erroneous credit information (Nelson v. Chase Manhattan).

Please know that you have 30 days from the tracked and confirmed delivery of this lawful notice to either answer these demands or to remove the associated negative tradeline notations from the CRA reports. Any other action may constitute evidence of your intent to abridge one or more civil or other constitutional rights. Please be further advised that continued unsubstantiated reporting of possible inaccuracies to third parties may provide a basis for criminal complaints being filed in accordance with FDCPA, FCRA, and other federal statutes.

AASIM SHAH
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

I look forward to a timely and amicable resolution to this matter.

Sincerely yours,

AASIM SHAH

Exhibit No. 1

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SALT LAKE CITY, UT 84130

| | | |
|---|---|---|
| Postage | $ $0.45 | 0711 |
| Certified Fee | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.40 | 04/06/2012 |

Sent To
Capital One Bank USA N A
Street, Apt. No.; or PO Box No. P.O. Box 30281
City, State, ZIP+4 Salt Lake City, UT 84130

PS Form 3800, August 2006          See Reverse for Instructions

7011 1570 0003 0077 5543

---

Issue PVI:                              $3.40
                                        $0.45

SALT LAKE CITY UT 84130
Zone-4 First-Class
Letter
 0.40 oz.
 Expected Delivery: Mon 04/09/12        $2.95
 Certified
 Label #:       70111570000300775543

Issue PVI:                              $3.40
                                        $0.45

BIRMINGHAM AL 35209
Zone-7 First-Class
Letter
 0.20 oz.
 Expected Delivery: Mon 04/09/12        $2.95
 Certified

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
************
******

Aasim Shah
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404



CAPITAL ONE BANK USA N A
P.O. BOX  30281
SALT LAKE CITY, UT 84130

Re: Acct # 51780572****

Date: MaY 6, 2012

Re: Acct #  51780572****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number  51780572****on
April 05, 2012. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request
validation of the debt you say I owe you.  I have given you 30 days to remedy the situation,
which is a very reasonable period. I have received no reply from you, though I did receive
confirmation via mail that you did receive my letter on April 09, 2012.

Since you are still reporting this account on my credit report, you are now in violation of the
FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in
small claims court. I intend to follow through with the suit if I do not hear back from you within
10 days.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.

I look forward to hearing from you,

Aasim Shah
(Without Prejudice)

3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

*Exhibit D1*

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.45 | 0039 |
| Certified Fee | | $2.95 | 07 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 05/07/2012 |

Postmark Here
MAY - 7 2012
LOS ANGELES, CA 9...

Sent To *Capital One Bank USA NA*

Street, Apt. No.; or PO Box No. *P.O. Box 3281*

City, State, ZIP+4 *Salt Lake City, UT 84130*

PS Form 3800, August 2006     See Reverse for Instructions

7010 0290 0000 3303 6...

---

Label #: 70100290000330366...

Issue PVI: $3.40

$0.45

RICHMOND VA 23285
Zone-8 First-Class
Letter
 0.40 oz.
 Expected Delivery: Thu 05/10/12
Certified                                    $2.95
Label #:         70100290000330366873

Issue PVI: $3.40

$0.45

SALT LAKE CITY UT 84130
Zone-4 First-Class
Letter
 0.40 oz.
 Expected Delivery: Thu 05/10/12
Certified                                    $2.95
Label #:         70100290000330366880

Issue PVI: $3.40

$0.45

EL PASO TX 79998 Zone-5
First-Class Letter
 0.40 oz.

*Exhibit C*

Aasim Shah
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

Date: 4/5/2012

CAP ONE
P.O. BOX 85520
RICHMOND, VA 23285

RE: Acct No. 51780572****

To Whom It May Concern:

I am formally requesting that you validate all tradeline notations you have submitted to TransUnion, Experian, and Equifax for AASIM SHAH, account number [51780572****].

Due to possible inaccuracies in these CRA reports, I must demand that the validation I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. 1) Identify the card holder agreement(s) that applied to the class of accounts that included the defendant's account. 2) Assembling the entire set of agreements that applied to the defendants account during the time period that it was open. 3) Identify the additional documents specifying the interest rate and fees terms applicable to the account. 4) Prove that the alleged agreements were actually offered to the defendant. Please be advised that I am not requesting a verification that you have my mailing address; rather, I am requesting validation, i.e., competent evidence that I had some contractual obligation sans consumer protection encumbrance which incurred the original claims associated with this tradeline. Note that section 1681s-2(b) of the Fair Credit Reporting Act creates a cause of action for a consumer against a furnisher of erroneous credit information (Nelson v. Chase Manhattan).

Please know that you have 30 days from the tracked and confirmed delivery of this lawful notice to either answer these demands or to remove the associated negative tradeline notations from the CRA reports. Any other action may constitute evidence of your intent to abridge one or more civil or other constitutional rights. Please be further advised that continued unsubstantiated reporting of possible inaccuracies to third parties may provide a basis for criminal complaints being filed in accordance with FDCPA, FCRA, and other federal statutes.

AASIM SHAH
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

I look forward to a timely and amicable resolution to this matter.

Sincerely yours,

AASIM SHAH

Exhibt C1



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $8.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here
04/06/2012

Sent To  Cal One
Street, Apt. No.; or PO Box No.  P.o. box 6.5720
City, State, ZIP+4  Richmond VA 23285

PS Form 3800, August 2006        See Reverse for Instructions

7011 1570 0003 0077 5628

GLENDALE MAIN PO
GLENDALE, California
912059998
0581020711 -0093
(800)275-8777

04/06/2012                    02:17:32 PM

Sales Receipt

Product         Sale  Unit   Final
Description  Qty  Price      Price

RICHMOND VA 23285
Zone-8 First-Class
Letter
0.30 oz.                            $0.45
Expected Delivery: Mon 04/09/12
Certified
Label #:    70111570000300775628     $2.95
                                   ============
                                       $3.40
Issue PVI:                             $0.45

MINNEAPOLIS MN 55426
Zone-7 First-Class
Letter
0.30 oz.

COPY

Aasim Shah
3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

CAP ONE
P.O. BOX  85520
RICHMOND, VA 23285

Re: Acct # 51780572****

Date: MaY 6, 2012

Re: Acct #  51780572****
Amount: $ 1,973

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number  51780572****on
April 05, 2012. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request
validation of the debt you say I owe you.  I have given you 30 days to remedy the situation,
which is a very reasonable period. I have received no reply from you, though I did receive
confirmation via mail that you did receive my letter on April 09, 2012.

Since you are still reporting this account on my credit report, you are now in violation of the
FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in
small claims court. I intend to follow through with the suit if I do not hear back from you within
10 days.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.

I look forward to hearing from you,

Aasim Shah
(Without Prejudice)

3200 SANTA MONICA BLVD. # 208
SANTA MONICA, CA 90404

*Exhibit d1*

**ED MAIL... RECEIPT**
...Only: No Insurance Coverage Provided)
...mation visit our website at www.usps.com

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0039 |
| Certified Fee | | $2.95 | 07 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | |

MAY - 7 2012
05/07/2012

Sent To *Cap One*
Street, Apt. No.; or PO Box No. *P.O. Box 85520*
City, State, ZIP+4 *Richmond, VA 23285*

PS Form 3800, August 2006          See Reverse for Instructions

Certified
Label #:        7010029000330366873
```
Issue PVI:                        $3.40

                                  $0.45
RICHMOND VA 23285
Zone-8 First-Class
Letter
 0.40 oz.
 Expected Delivery: Thu 05/10/12
Certified                         $2.95
Label #:        7010029000330366873
Issue PVI:                        $3.40

                                  $0.45
SALT LAKE CITY UT 84130
Zone-4 First-Class
Letter
 0.40 oz.
 Expected Delivery: Thu 05/10/12
Certified                         $2.95
Label #:        7010029000330366880
Issue PVI:                        $3.40

                                  $0.45
EL PASO TX 79998 Zone-5
First-Class Letter
 0.40 oz.
```



**Experian**

A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review

❓ What does potentially negative or items for further review mean?

❓ What if I think listed accounts are duplicates?

❓ What if I feel there is an error?

Experian credit report prepared for
**AASIM SHAH**

Your report number is
**0727-0889-53**

Report date: **June 19, 2012**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

### Item Detail

**Dispute this item >>**

CAPITAL ONE

**Address:**
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

**Account Number:**
517805722748....

**Address Identification Number:** 0174589573

**Status:**
Account charged off. $1,401 written off. $1,973 past due as of Jun 2012.

**Status Details:**
This account is scheduled to continue on record until Apr 2016.
This item was updated from our processing of your dispute in May 2012.

**Date Opened:**
05/2008
**Date of Status:**
01/2010
**Reported Since:**
01/2009
**Last Reported Date:**
06/2012

**Type:**
Credit card
**Terms:**
N/A
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit:**
$750
**High Balance:**
$1,973
**Recent Balance:**
$1,973
**Recent Payment:**
$0

**Creditor's Statement:**
Account closed at credit grantor's request.

**Are you at risk for IDENTITY THEFT?**

**Low-Risk**

Help reduce your risk with **ProtectMyID™** from Experian*

**Get Protected ⊕**

with enrollment in PMID

**Experian**

**Add Triple Alert℠ Credit Monitoring** for only $4.95 per month!

**Get the Score!** Add your Credit Score for only $7.95

Exhibit 7

**Payment history legend**

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2012 JUN | MAY | APR | MAR | FEB | JAN | 2011 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2010 DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2009 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CO | 150 | 120 | 90 | 60 | 30 | OK | OK |

| APR | MAR | FEB | JAN |
|---|---|---|---|
| OK | 30 | OK | OK |

**Account History:**
Charge Off as of Jun 2012, May 2012, Dec 2009
150 days past due as of Nov 2009
120 days past due as of Oct 2009
90 days past due as of Sep 2009
60 days past due as of Aug 2009
30 days past due as of Jul 2009, Mar 2009

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2012: $1,973 / March 28, 2009 / no data / no data
Apr 2012: $1,973 / March 28, 2009 / no data / no data
Mar 2012: $1,973 / March 28, 2009 / no data / no data
Feb 2012: $1,973 / March 28, 2009 / no data / no data
Jan 2012: $1,960 / March 28, 2009 / no data / no data
Dec 2011: $1,937 / March 28, 2009 / no data / no data
Nov 2011: $1,913 / March 28, 2009 / no data / no data
Oct 2011: $1,890 / March 28, 2009 / no data / no data
Sep 2011: $1,866 / March 28, 2009 / no data / no data
Jul 2011: $1,820 / March 28, 2009 / no data / no data
Jun 2011: $1,796 / March 28, 2009 / no data / no data
May 2011: $1,773 / March 28, 2009 / no data / no data
Apr 2011: $1,750 / March 28, 2009 / no data / no data
Mar 2011: $1,728 / March 28, 2009 / no data / no data
Feb 2011: $1,704 / March 28, 2009 / no data / no data
Jan 2011: $1,681 / March 28, 2009 / no data / no data
Dec 2010: $1,658 / March 28, 2009 / no data / no data
Nov 2010: $1,634 / March 28, 2009 / no data / no data
Oct 2010: $1,611 / March 28, 2009 / no data / no data
Sep 2010: $1,588 / March 28, 2009 / no data / no data
Aug 2010: $1,564 / March 28, 2009 / no data / no data
Jul 2010: $1,541 / March 28, 2009 / no data / no data

Jun 2010: $1,517 / no data / no data / no data

**Limit High Balance History:**
Between Jun 2010 and May 2012, your credit limit/high balance was $750



Experian
A world of insight

Prepared for: **AASIM SHAH**
Date: **May 31, 2012**
Report number: **0727-0889-53**

Your accounts that may be considered negative (continued)

**CAPITAL ONE**
PO BOX 30281
SALT LAKE CITY UT 84130

**Phone number**
(800) 955 7070
**Partial account number**
5178067227748....
**Address Identification number**
0174589573

| | |
|---|---|
| **Date opened** | May 2008 |
| **First reported** | Jan 2009 |
| **Date of status** | Dec 2009 |

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
$750
**High balance**
$1,401

**Recent balance**
$1,973 as of May 2012

**Responsibility**
Individual
**Status**
Account charged off. $1,401 written off. $1,973 past due as of May 2012.
This account is scheduled to continue on record until Apr 2016.

**Creditor's statement**
"Account closed at credit grantor's request."
This item was updated from our processing of your dispute in May 2012.

**Payment history**

AB = Account balance ($)    CFR = Date payment received    AMP = Actual amount paid ($) = Scheduled payment received ($)    CO = NC: No Data.

| | 2012 | | | | | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| | Apr12 | Mar12 | Feb12 | Jan12 | Dec11 | Nov11 | Oct11 | Sep11 | Jul11 | Jun11 | May11 | Apr11 | Mar11 | Feb11 | Jan11 |
| AB | 1,973 | 1,973 | 1,973 | 1,960 | 1,937 | 1,913 | 1,880 | 1,866 | 1,820 | 1,796 | 1,773 | 1,750 | 1,728 | 1,704 | 1,681 |
| CFR | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 |
| AMP | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO |

| | 2010 | | | | | | | | | | | | 2009 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 |
| AB | 1,658 | 1,634 | 1,611 | 1,588 | 1,564 | 1,541 | 1,517 | 1,494 |
| CFR | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | Mar28 | NO | NO |
| AMP | NO | NO | NO | NO | NO | NO | NO | NO |

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

▼ Between May 2010 and Apr 2012, your credit limit/high balance was $750.

*Exhibit 3*

Logout    Report Summary    Potentially Negative Items    Accounts in Good Standing    Requests for Your Credit History    Personal Information    Your Personal Statement    Get Credit Monitor    Get Credit Score

**Potentially Negative Items or Items for Further Review**

What does potentially negative or items for further review mean?    What if I feel there is an error?

What if I think listed accounts are duplicates?

Experian credit report prepared for **AASIM SHAH**

Your report number is 0727-0889-53

Report date: June 19, 2012

Credit Report Toolkit:
Print your report

Credit Education

Know your rights

Credit Fraud Center

**Item Detail**

**CAP ONE**

Address:
PO BOX 5253
 CAROL STREAM, IL 60197
 No phone number available

Account Number:
466309007699....

Address Identification Number:  0725257029

Status:
Closed. $377 written off.

| Date Opened: | Type: | Credit Limit: |
|---|---|---|
| 02/2011 | Credit card | $300 |
| Date of Status: | Terms: | High Balance: |
| 04/2012 | N/A | $436 |

FEB

150

JAN

120
2011

DEC

90

NOV

60

OCT

30

SEP

OK

AUG

OK

JUL

90

JUN

60

MAY

30

APR

OK

MAR

OK

Account History:
Charge Off as of Apr 2012, Mar 2012
150 days past due as of Feb 2012
120 days past due as of Jan 2012
90 days past due as of Dec 2011, Jul 2011
60 days past due as of Nov 2011, Jun 2011
30 days past due as of Oct 2011, May 2011

Balance History - The following data will appear in
the following format:

in accordance with the following format:
*date payment received / scheduled payment amount / actual amount paid*
Apr 2012: $377 / July 18, 2011 / no data / no data
Mar 2012: $377 / July 18, 2011 / $25 / no data
Feb 2012: $371 / July 18, 2011 / $25 / no data
Jan 2012: $365 / July 18, 2011 / $25 / no data
Dec 2011: $359 / July 18, 2011 / $25 / no data
Nov 2011: $350 / July 18, 2011 / $25 / no data
Oct 2011: $306 / July 18, 2011 / $25 / no data
Sep 2011: $263 / July 18, 2011 / $25 / no data
Aug 2011: $232 / July 18, 2011 / $25 / $161
Jul 2011: $436 / no data / $25 / no data
Jun 2011: $422 / no data / $25 / no data
Apr 2011: $330 / no data / $25 / no data
Mar 2011: $295 / no data / $25 / no data


Limit High Balance History:
Between Mar 2011 and Apr 2012, your credit
limit/high balance was $300


Your Statement:
Account information disputed by
consumer (Meets requirement of
the Fair Credit Reporting Act).

©Experian 2012. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective
owners.



Experian
A world of insight

Prepared for: **AASIM SHAH**
Date: **May 31, 2012**
Report number: **0727-0689-53**

Page 3 of 8

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### ■ Credit items

**CAP ONE**
PO BOX 5253
CAROL STREAM IL 60197
No phone number available
**Partial account number**
49830900769B......
**Address identification number**
0722257028
Sold to: CAVALRY

| | |
|---|---|
| **Date opened** | Feb 2011 |
| **First reported** | Mar 2011 |
| **Date of status** | Apr 2012 |

| | |
|---|---|
| **Type** | Credit card |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $300 |
| **High balance** | $436 |

| | |
|---|---|
| **Recent balance** | $0 as of Apr 2012 |
| **Recent payment** | $181 |

**Responsibility**
Individual
**Status**
Closed. $377 written off.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
**Creditor's statement**
"Purchased by another lender."

### Payment history

| | 2012<br>APR MAR FEB JAN | 2011<br>DEC NOV OCT SEP AUG JUL JUN MAY APR MAR |
|---|---|---|

AB = Account balance ($)

| | Mar12 | Feb12 | Jan12 | Dec11 | Nov11 | Oct11 | Sep11 | Aug11 | Jul11 | Jun11 | Apr11 | Mar11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 377 | 371 | 365 | 350 | 308 | 283 | 232 | 498 | 422 | 330 | 295 | 295 |
| **DPR** | Jul18 | Jun18 | Jun18 | Jun18 | Jun18 | Jun18 | Jul18 | ND | ND | ND | ND | ND |
| **AAP** | 25 | 25 | 25 | 25 | 25 | 25 | 25 | ND | ND | 25 | 25 | 25 |
| | ND | ND | ND | ND | ND | ND | 181 | ND | ND | ND | ND | ND |

DPR = Date payment received

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AAP = Actual amount paid ($)     = Scheduled payment amount ($)

Between Mar 2011 and Mar 2012, your credit limit/high balance was $300.

## Payment history legend

| | |
|---|---|
| | Current/Terms of agreement met |
| **180** | Account 30 days past due |
| | Account 60 days past due |
| | Account 90 days past due |
| | Account 120 days past due |
| **180** | Account 150 days past due |
| **CRD** | Account 180 days past due |
| **CO** | Creditor received deed |
| **CLS** | Foreclosure proceedings started |
| **F** | Foreclosed |

| | |
|---|---|
| **VS** | Voluntarily surrendered |
| **R** | Repossession |
| **PBC** | Paid by creditor |
| **IC** | Insurance claim |
| **G** | Claim filed with government |
| **D** | Defaulted on contract |
| **C** | Collection |
| **CO** | Charge off |
| | Closed |
| **ND** | No data for this time period |

051060009

**-Begin Credit Report-**

## Personal Information

**Name:** AASIM SHAH

**SSN:** XXX-XX-0940
**Date of Birth:** 02/23/1969
**Telephone:** 926-9314
Your SSN is partially abbreviated for your protection.

You have been on our files since 04/01/1998

## CURRENT ADDRESS

**Address:** 3200 SANTA MONICA BV 208
SANTA MONICA, CA 90404
**Date Reported:** 11/17/2007

## OTHER ADDRESSES

**Address:** 938 N OGDEN DR 4
WEST HOLLYWOOD, CA 90046
**Date Reported:** 10/17/2007
**Address:** 7872 WALKER ST 105
LA PALMA, CA 90623

## EMPLOYMENT DATA REPORTED

**Employer Name:** LA PALMA FAMILY DENTIST
**Location:** LA PALMA, CA
**Date Reported:** 12/17/2007

**Position:** DENTIST

**Employer Name:** FAMILY DENTISY
**Date Reported:** 07/01/2000

**Employer Name:** DENTAL OFFICE
**Date Reported:** 03/01/2000

**Employer Name:** LA FAMILY DENTISTRY
**Date Reported:** 04/01/1998

Special Notes: Since your Social Security number has been abbreviated and your social security number has been verified for your protection. You may request disclosure of your full Social Security number by notifying us at the address. Other special note...
begins with... It includes medical information and the...

## Account Information

The key to the right... payment history information
contained in some of... accounts below. Not all accounts will contain
payment history information, but some creditors report how you make
payments each month...

| | | | X | OK | | | | |

## Adverse Accounts

The following accounts contain information which some creditors may con...
om the date of the first delinquency, depending on your state of residence. The adverse information...
aded for your convenience, to help you understand your report...

## CAPITAL ONE BANK USA NA #517805722748****
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

**Balance:** $1,973
**Date Verified:** 05/09/2012
**High Balance:** $1,401
**Credit Limit:** $750
**Past Due:** >$1,973<
**Last Payment:** 03/28/2009

**Pay Status:** >Charged Off<
**Account Type:** Revolving Account
**Responsibility:** Individual Account
**Date Opened:** 05/30/2008
**Date Closed:** 12/24/2009

Loan Type: CREDIT CARD
Remarks: CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 05/2016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV12- 5566 SJO (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

Name & Address: *Ossim Shah*
P.O. Box 561293
Los Angeles, CA 90056

# FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Ossim Shah*

**PLAINTIFF(S)**

v.

*Capital One Bank USA NA*
*Capital One Services, Inc.*
**DEFENDANT(S).**

**CASE NUMBER**

**CV12-5566-SJO (JCx)**

**SUMMONS**

TO:  DEFENDANT(S): *Capital One Bank USA NA,*
*Capital One Services, Inc.*

A lawsuit has been filed against you.

**FOR OFFICE USE ONLY**

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, *Ossim Shah*, whose address is *P.O. Box 561293  Los Angeles CA  90056*. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **JUL - 6 2012**

By: **ANN M. MARTINEZ**

Deputy Clerk

*(Seal of the Court)*

1197

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# FOR OFFICE USE ONLY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS |
|---|---|
| *Qasim Shah* | *CAPITAL ONE BANK USA NA.* <br> *CAPITAL ONE SERVICES, INC.* |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| *P.O. Box 561293* <br> *LOS ANGELES, CA 90056* | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** *25,000.00*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:    **CV12-5566**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Salt Lake City, UTAH<br>Richmond, VIRGinia |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Qasim Shah_     **Date** _6/25/2012_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |