1 Name: Aasim SHAH
2 Address: P.O. Box 561293
3 Los Angeles, CA 90056
4 Phone: 310 712-5449
5 Plaintiff In Pro Per

Original

FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Aasim SHAH,

PLAINTIFF,

vs.

Capital One Bank (USA) NA
Capital One Services, Inc
Cap One
Capital One Services, LLC

DEFENDANT(S).

Case No.: CV 12-05566-SJO (JCx)
(To be supplied by the Clerk)

COMPLAINT FOR:

FCRA (Fair Credit Reporting Act)
2nd Amended Complaint

Jury Trial Demanded: ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under  15 U.S.C. § 1681 (p)(b)

1
Page Number

Revised: August 2011
Prepared by Public Counsel

Aasim SHAH 2nd Amended Complaint

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391(b) where the acts and transactions giving rise to plaintiff's action occured in the district and/or where defendant transact business in this district

## III. PARTIES

3. Plaintiff's name is Aasim Shah. Plaintiff resides at: P.O. Box 561293 Los Angeles, CA 90056 is a consumer

4. Defendant(s) is a furnisher of information within the meaning 15 U.S.C. § 1681a(b) doing the business of collecting debts in California

5. Defendant Capital One Bank (USA) N.A. address: P.O. Box 30281 Salt Lake City, UT 84130

2

Page Number

Aasim Shah 2nd Amended Complaint

6. Defendant CAPITAL ONE SERVICES, LLC address:
Insert ¶ #

P.O. Box 5253 Carol Stream, IL 60197

7. Defendant CAP ONE address: P.O. Box 85520
Insert ¶ #

Richmond, VA 23285

___. Defendant _____
Insert ¶ #


___. Defendant _____
Insert ¶ #


3
Page Number

Aasim SHAH 2nd Amended Complaint

## IV. STATEMENT OF FACTS

8. Comes Now the Plaintiff, Aasim Shah respectfully Submits his response according to Court orders against Defendant(s) Capital One Bank (USA) NA etal Second Amended Complaint. Defendant(s) regularly engaged as furnishers of Consumers Transunion, EXPERIAN, Equifax Credit File.
EXPERIAN, TRANSUNION, Equifax is a Credit reporting agency within the meaning FCRA 15 U.S.C § 1681a(f).

9. Consumer Credit report is a Consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).
On MARCH 31st, 2012 Plaintiff Sent his first letters to the 3 Credit bureau agencies (TRANSUNION, EXPERIAN, EQUIFAX) disputing the Closed account(s) negatively being reported as of 12/2009 by Defendant: Capital One Bank (USA) N.A. "CAP ONE" in the amount of $1,401.00 Closed account 12/24/2009

10. On January, 2010 an imposter using Plaintiff name, address and Closed Acct # 517 805 722 748 Submitted Credit application to Defendant(s) etal. On April 5, 2012 Plaintiff Sent Validations notice (Ex.a) to two of the several Defendant(s) asking Capital One Bank (USA) N.A. etal. to identify the Card holder agreement.
On April 16, 2012 Capital One response letter to Plaintiff that they "attribute no finding of any account." or amount.

4

Page Number

Aasim Shah 2nd Amended Complaint

11. Defendant request to obtain information to update the "any" account violates FCRA 15 U.S.C. § 1681s-2 (b)(c) by after receiving notice pursuant to section 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a Consumer reporting agency, failing to direct such Consumer reporting agency(s) to delete inaccurate information about the Plaintiff pertaining to the accounts.

12. Defendant(s) Now furnishes under the Account # 517 805 722 748 an amount $1,973.00 from a Charged off /Closed acct. Defendant(s) has demonstrated no validation no proof of ownership to re-age Plaintiff Consumer profile over a 28 month period. The Defendant(s) Violates 15 U.S.C § 1681s-2(b) of the FCRA for violation of investigation duties

13. Defendant has never had any acct # 446309007699 Never had $300 Credit limit under Cap ONE on Plaintiff 3 credit reports. Plaintiff reference all exhibits on record with the court under Case no. CV12-05566-SJO(JC)

5
Page Number

Aasim SHAH 2nd Amended Complaint

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(FCRA) Fair Credit Reporting Act
*insert title of cause of action*

(As against Defendant(s): Capital One Bank (USA) N.A. Capital One Service, LLC, Cap One

14. Plaintiff re-alleges and incorporates by reference all of the foregoing Paragraph. Defendant is a furnisher of information within the meaning of the FCRA 15 U.S.C. § 1681 s-2 (b)(1)(A).(C) by after receiving notice pursuant to § 1681i of dispute with regard to the completeness or accuracy of any information provided by a person

15. to a Consumer reporting agency, Negligently failing to conduct an investigation with respect to the disputed information

16. Defendant(s) willfully violated 15 U.S.C. § 1681 s-2 (b)(c) by after receiving notice pursuing to Sec. 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a Consumer reporting agency, failing to direct such consumer reporting agencies to delete inaccurate information about the plaintiff pertaining to the account.

Aasim Shah   2nd Amended Complaint

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

17. That this Court grants Judgment against Defendants: Capital One Bank (USA) NA., Capital One service, LLC, CapOne for first claim for relief ① Actual damages determined by Jury. ② Punitive & Statutory damages 15 U.S.C. § 1681o $1,000.00 ③ Court fees and Cost ④ Any relief as court sees fit.

Dated: 11/23/2012

Sign: _[signature]_

Print Name: Aasim Shah

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/23/2012
Sign: *Aasim Shah* (signature)
Print Name: Aasim Shah